1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES CATO, JR.,                          1:12-cv-01331-MJS (PC)

12            Plaintiff,                        ORDER TO SUBMIT APPLICATION
                                                TO PROCEED IN FORMA PAUPERIS
13        vs.                                   OR PAY FILING FEE WITHIN 45 DAYS

14   DIRECTOR OF CORRECTIONS AND
     REHABILITATION, et al.,
15
              Defendants.
16   _____/

17
          Plaintiff James Cato, Jr. ("Plaintiff") is a state prisoner proceeding pro se in a civil rights
18
     action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted
19
     an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.
20
          Accordingly, IT IS HEREBY ORDERED that:
21
          Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the
22
     attached application to proceed in forma pauperis, completed and signed, or in the alternative,
23
     pay the $350.00 filing fee for this action.  **No requests for extension will be granted without**
24
     **a showing of good cause**.  Within sixty (60) days of the date of service of this order, Plaintiff
25
     shall submit a certified copy of his/her prison trust statement for the six month period
26
     immediately preceding the filing of the complaint.
27
     /////
28

                                              -1-

1  /////

2         **Failure to comply with this order will result in dismissal of this action.**

3  IT IS SO ORDERED.

4  Dated:   August 22, 2012         /s/ *Michael J. Seng*

5                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28