# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR., | 1:12-cv-01331-LJO-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| DIRECTOR OF CORRECTIONS AND REHABILITATION, et al., | (ECF No. 15) |
| Defendants. | |

Plaintiff James Cato, Jr., is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 29, 2013, the Magistrate Judge filed a Findings and Recommendations, recommending dismissal of certain of Plaintiff's claims and Defendants. (ECF No. 15.) Plaintiff filed objections on April 18, 2013. (ECF No. 16.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 29, 2013, are adopted in full;
2. Plaintiff be allowed to proceed on his First Amendment claims against Defendants Nash and Brambaugh; and
3. Plaintiff's remaining claim against Defendant Dickinson be DISMISSED from this action.

IT IS SO ORDERED.

**Dated:   June 6, 2013**          /s/  **Lawrence J. O'Neill**
                               UNITED STATES DISTRICT JUDGE