UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No.  1:12-cv-1331-LJO-MJS (PC)<br><br>**ORDER DENYING MOTION FOR COURT ORDER**<br><br>**(ECF No. 29)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. (ECF Nos. 9 & 14.) The action proceeds against Defendants Brambaugh and Nash on Plaintiff's First Amendment claim. (ECF Nos. 15 & 17.)

On September 25, 2014, Defendants filed a motion for summary judgment. (ECF No. 26.) On October 22, 2014, Plaintiff filed a motion (ECF No. 29), seeking an order requiring officials at California Substance Abuse Treatment Facility to facilitate the copying of Plaintiff's opposition to Defendants' motion. Plaintiff states that the senior law

librarian refused to copy the motion based upon the contents of the attached exhibits.

Plaintiff since has filed his opposition to Defendants' motion and the attached exhibits. (ECF No. 32.) Accordingly, his motion for court order (ECF No. 29) is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   December 3, 2014                    /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE