UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTOR OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | CASE No. 1:12-cv-01331-LJO-MJS (PC)<br><br>**ORDER ADOPTING PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**(ECF No. 39)** |

　　　　Plaintiff James Cato Jr. is a state prisoner pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On October 6, 2015, the parties filed a stipulation for dismissal of the action with prejudice, each party to bear its own attorney's fees and costs.

　　　　The stipulation is HEREBY APPROVED and the action is DISMISSED with prejudice.

IT IS SO ORDERED.

　　Dated: **October 13, 2015**　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1